FILED BY: _____ D.C.

2002 MAR 22  AM 10: 28

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

**Broward Daily Business Review**
Published Daily except Saturday, Sunday and
Legal Holidays
Fort Lauderdale, Broward County, Florida.

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared Estela Force, who on oath says that she is the Office Assistant of the Broward Daily Business Review f/k/a Broward Review, a newspaper published at Fort Lauderdale, in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of            01-7651-Civ-Roettger
NOTICE OF UNITED STATES MARSHAL'S SALE

ROLLY MARINE
VS
M/V VICTORY -Civ-Roettger
in the ........... District ........................... Court,
was published in said newspaper in the issues of

Mar 12, 2002     Mar 15, 2002

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida, and that the said newspaper has heretofore been continuously published in said Broward County, Florida, and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

*(signature)*
Sworn to and subscribed before me this
15 day of March A.D. 2002
*(signature) Mary Beth Polinski*
(SEAL)

Estela Force personally known to me.

Mary Beth Polinski
COMMISSION # DD007060 EXPIRES
March 6, 2005
BONDED THRU TROY FAIN INSURANCE, INC

U.S. DEPARTMENT OF JUSTICE UNITED STATES MARSHALS SERVICE NOTICE OF United States Marshal's Sale IN ADMIRALTY SOUTHERN DISTRICT OF FLORIDA IN ADMIRALTY NO. 01-7651-Civ-Roettger By virtue of an Order of Sale issued out of the United States District Court for the SOUTHERN District of FLORIDA, on the 25TH day of FEBRUARY, 2002, notice is hereby given that I will sell by public auction for certified check, on TUESDAY, the 19TH day of MARCH, 2002, at 12:00 NOON at THE BROWARD COUNTY COURTHOUSE, 201SE 6TH STREET, FT. LAUDERDALE, FL IN THE MAIN LOBBY NEAR THE INFORMATION DESK the M/V VICTORY, her engines, boilers, machinery, boats, tackle, apparel, appurtenances, and furniture, as she now lies AT ROLLY MARINE, 2551 ST. RD. #84, FT. LAUDERDALE, FL IF THE BID IS NOT MORE THAN $500.00, THE SUCCESSFUL BIDDER SHALL IMMEDIATELY PAY THE FULL PURCHASE PRICE. IF THE BID IS MORE THAN $500.00, THE BIDDER SHALL IMMEDIATELY DEPOSIT WITH THE MARSHAL $500.00 OR 10% OF THE BID, WHICHEVER SUM IS GREATER. THEREAFTER, THE BIDDER SHALL PAY THE REMAINING PURCHASE PRICE WITHIN 3 WORKING DAYS. PAYMENT SHALL BE MADE BY CERTIFIED CHECK OR CASHIER'S CHECK PAYABLE TO THE UNITED STATES MARSHAL. THE PLAINTIFF IS ALLOWED TO BID UP TO THE AMOUNT OF THE JUDGMENT WITHOUT MAKING ANY PAYMENT TO THE U.S. MARSHAL. FAILURE TO PAY THE BALANCE IN ACCORDANCE WITH THE TERMS OF THE SALE WILL RESULT IN THE FORFEITURE OF THE MONIES DEPOSITED AND THE PROPERTY WILL BE RE-OFFERED FOR SALE. THE SALE SHALL COMPLY WITH ALL LAWS OF THE U.S. INCLUDING THE CITIZENSHIP REQUIREMENTS OF SECTION 2 OF THE SHIPPING ACT OF 1916 AS AMENDED. Edward Stubbs, Acting UNITED STATES MARSHAL
3/12-15            02-S-03/243197B